# 08 CRIM 572

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | James Molinelli<br>Miscellaneous Clerk | OFFENSE: Conspiracy to Commit Mail Fraud {18 USC 371} |
| | | ORIGINAL SENTENCE: One (1) Year and One (1) Day Imprisonment; Three (3) Years Supervised Release |
| FROM: | Michael R. Cox<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: Search |
| | | AUSA: Patrick Jasperse |
| RE: | Athanasios Cakiades<br>Docket # 06-CR-60250 | |

DATE OF SENTENCE:    December 18, 2006

DATE:    June 19, 2008

ATTACHMENTS:    PSI X    JUDGMENT X    PREVIOUS REPORTS
                VIOLATION   PETITION

REQUEST FOR:    WARRANT____    SUMMON____    COURT DIRECTION  X

**TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who, on December 18, 2006, was sentenced by the Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, to one (1) month and one (1) day imprisonment and the (3) years supervised release. A $100 special assessment fee (paid) and restitution in the amount of $3,419,914.00 was also imposed. Cakiades was convicted of Conspiracy to Commit Mail Fraud in violation 18 U.S.C. 371.

On January 29, 2008, Cakiades was accepted by this district for transfer of supervision due to his residency in the Southern District of New York.

The purpose of this correspondence is to request that jurisdiction be transferred to the Southern District of New York. This request is based on the offender's limited community ties in the sentencing district, and it appears that Cakiades is unlikely to return to Florida to reside.

On February 15, 2008, the Honorable William P. Dimitrouleas, agreed to a transfer of jurisdiction and executed the probation form 22.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 25 2008

CAKIADES, Athanasios

-2-

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred.

Enclosed is a Transfer of Jurisdiction Order for Your Honor's review.

                                      Respectfully submitted,

                                      CHRIS J. STANTON
                                      Chief U.S. Probation Officer

                      By: _____
                                      MICHAEL R. COX
                                      Sr. U.S. Probation Officer
                                      805-0040 ext.5112

Approved By: _____ 6/19/08
               SUSPO       Date:

_____
_____

JUDICIAL RESPONSE:

[ ]    APPROVED

[ ]    DENIED

[ ]    OTHER

_____
    Signature of Judicial Officer

_____